UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE BANK, NA, et al.,<br><br>  Defendants. | No. 2:19-cv-01005-TLN-CKD PS<br><br><br>ORDER |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). In response to question 5, plaintiff's application states he has property valued at $750. However, plaintiff fails to describe the property as required by the question. Further, the application on its face is not credible in light of plaintiff's allegations in the complaint that he has an equitable interest in property, an interest in "prime market property," and received a "tangible note bill of exchange" for $817,800.00 with regard to property. (ECF No. 1 at 3; see also id. at 25.) Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or to pay the appropriate filing fee.

An amended affidavit must set forth all resources plaintiff has, including a description and approximate value of any and all real estate or other things of value plaintiff owns under question 5 of the form application. Plaintiff is advised that the application must be signed under penalty of

1

perjury. Any misrepresentations to the court regarding plaintiff's application will result in a recommendation that the action be dismissed. See 28 U.S.C. § 1915(e)(2)(A).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated: July 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 mehl1005.ifp.inc