UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, | No. 2:19-cv-01005-TLN-CKD PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COUNTRYWIDE BANK, NA, et al., | |
| Defendants. | |

On July 11, 2019, the court issued an order on plaintiff's application to proceed without prepayment of fees. (ECF No. 3.) The court noted that plaintiff's application was incomplete and ordered plaintiff to submit, within fourteen days, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee. (Id.) The court further noted that failure to comply with this order will result in a recommendation that this action be dismissed. (Id.)

The applicable deadline has now passed, and the court's records show that plaintiff failed to submit either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee.[1]

---

[1] The court notes that on August 1, 2019, this order was returned to the court as undeliverable. However, it is plaintiff's duty to keep the court informed of his current address, and service of the court's order at the address on record was fully effective absent the filing of a notice of change of address. See Local Rule 182(f).

1

The court has considered whether this action should be dismissed at this juncture. Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing an order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's order and failure to prosecute this case.

2. Within 14 days of the date of this order, plaintiff shall submit either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee.

3. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

4. The Clerk of Court shall serve a copy of the court's July 11, 2019 order (ECF No. 3) on plaintiff along with this order.

Dated: January 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 mehl1005.osc