UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTRYWIDE BANK, NA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-01005-TLN-CKD<br><br>**ORDER** |

　　　　Plaintiff is an individual proceeding *pro se* in this civil action. The matter was referred to the magistrate judge pursuant to Local Rule 302(c)(21).

　　　　On November 10, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

　　　　Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

　　　　The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that the Proposed Findings and Recommendations filed November 10, 2020, are ADOPTED IN FULL, and:

    1.    The actions is DISMISSED without prejudice; and

    2.    The Clerk of Court is directed to close this case.

DATED: December 9, 2020

Troy L. Nunley
United States District Judge

2